THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAIRANY MALPICA, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., a Foreign Profit Corporation,<br><br>Defendant. | Case No. 2:26-cv-03650-BJR<br><br>**STIPULATED MOTION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |

Pursant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Amairany Malpica ("Plaintiff") and Defendant Delta Air Lines, Inc. ("Defendant") (collectively, "the Parties"), by and through their respective counsel, hereby STIPULATE AND AGREE, and jointly move the Court, to establish a briefing schedule for Defendant's anticipated motion to dismiss as follows:

1. Defendant removed this action to this Court on September 28, 2026. Dkt. # 1.

2. Plaintiff previously contemplated filing a motion to remand this action to state court.

3. Plaintiff has now decided *not* to file a motion to remand. Accordingly, the action will proceed in this Court, and Defendant anticipates filing a motion to dismiss the Complaint.



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

4. To provide an orderly schedule for briefing Defendant's anticipated motion to dismiss while accommodating the upcoming holidays, the Parties stipulate and agree to the following schedule:

| EVENT | DEADLINE |
|---|---|
| Defendant's Motion to Dismiss | December 11, 2026 |
| Plaintiff's Opposition to Motion to Dismiss | January 8, 2027 |
| Defendant's Reply in Support of Motion to Dismiss | January 22, 2027 |

5. The Parties respectfully request that the Court enter the proposed briefing schedule below and modify any previously established deadlines to the extent inconsistent with that schedule.

6. The Parties further request that Defendant's deadline to respond to the Complaint be extended through December 11, 2026, for purposes of filing its anticipated motion to dismiss. Nothing in this stipulation waives any argument or defense available to either Party.

IT IS SO STIPULATED.

DATED: November 6, 2026.

*I certify that this memorandum contains 633 words, in compliance with the Local Civil Rules.*

**ENTENTE LAW PLLC**

By: *s/ James B. Pizl*
James B. Pizl, WSBA #28969
Daniel J. Teimouri, WSBA #47965
315 Thirty-Ninth Ave SE, Ste 13
Puyallup, WA 98373-3690

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA #46754
Andrew DeCarlow, WSBA #54471
Jessica M. Cox, WSBA #53027
T. Ray Ivey, WSBA #55683

Phone: (253) 446-7668
Email: jim@ententelaw.com
dteimouri@ententelaw.com

*Attorneys for Plaintiff*

1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
andrew.decarlow@morganlewis.com
jessica.cox@morganlewis.com
ray.ivey@morganlewis.com

Andrew P. Frederick (*admitted pro hac vice*)
1400 Page Mill Road
Palo Alto, CA 94304-1124
Phone: (650) 843-4000
Email: andrew.frederick@morganlewis.com

*Attorneys for Defendant Delta Air Lines, Inc.*

## ORDER

Based on the foregoing stipulation, IT IS HEREBY ORDERED that the briefing schedule for Defendant's anticipated motion to dismiss is as follows:

Defendant shall file its motion to dismiss on or before December 11, 2026; Plaintiff shall file any opposition on or before January 8, 2027; and Defendant shall file any reply on or before January 22, 2027.

Defendant's deadline to respond to the Complaint is extended through December 11, 2026, for purposes of filing its anticipated motion to dismiss. Any prior deadlines inconsistent with this Order are modified accordingly.

DATED this 10th day of November, 2026.

Barbara J Rothstein

THE HONORABLE BARBARA J. ROTHSTEIN

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA #46754
Andrew DeCarlow, WSBA #54471
Jessica M. Cox, WSBA #53027
T. Ray Ivey, WSBA #55683
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
andrew.decarlow@morganlewis.com
jessica.cox@morganlewis.com
ray.ivey@morganlewis.com

Andrew P. Frederick (*admitted pro hac vice*)
1400 Page Mill Road

Palo Alto, CA 94304-1124
Phone: (650) 843-4000
Email: andrew.frederick@morganlewis.com

*Attorneys for Defendant Delta Air Lines, Inc.*

**ENTENTE LAW PLLC**

By: *s/ James B. Pizl*
James B. Pizl, WSBA #28969
Daniel J. Teimouri, WSBA #47965
315 Thirty-Ninth Ave SE, Ste 13
Puyallup, WA 98373-3690
Phone: (253) 446-7668
Email: jim@ententelaw.com
dteimouri@ententelaw.com

*Attorneys for Plaintiff*